AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee ▼

| | |
|---|---|
| ESTATE OF J.C. PAYNE, IV <br><br> *Plaintiff(s)* <br> v. <br> CITY OF MEMPHIS, TENNESSEE; EARNEST CARTWRIGHT, SR. and MEMPHIS LIGHT GAS & WATER AKA MLGW and JOHN DOE POLICE OFFICERS 1-10 <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Memphis Light Gas & Water
c/o J.T. Young
245 South Main Street
Memphis, Tennessee 38103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Juan T. Williams
Perry Griffin, PC
5699 Getwell Road
Building G5
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Douglas Black, Staff Attorney__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __MLGW__
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/31/21__

__s/ William Brey Taylor__
Server's signature

__William Billy Taylor__
Printed name and title

__635 Autumn St - Coldwater MS 38618__
Server's address

Additional information regarding attempted service, etc: