IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| ESTATE OF J.C. PAYNE, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:21-cv-02539-SHM-atc |
| CITY OF MEMPHIS, TENNESSEE, | ) |
| EARNEST CARTWRIGHT, SR., | ) Jury Trial Demanded |
| MEMPHIS LIGHT GAS & WATER AKA | ) |
| MLGW, and JOHN DOE POLICE | ) |
| OFFICERS 1-10, | ) |
| | ) |
| Defendants. | ) |

**MLGW'S UNOPPOSED MOTION AND SUPPORTING MEMORANDUM
FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

Pursuant to Rules 6 and 12 of the Federal Rules of Civil Procedure, as well as other applicable provisions of law, Defendant Memphis Light Gas & Water ("MLGW") hereby moves the Court to extend its time to respond to Plaintiff Estate of J.C. Payne, IV's ("Plaintiff") Complaint for Damages (ECF No. 1) (the "Complaint") by fourteen days, to Tuesday October 5, 2021. In support of its motion, MLGW states as follows:

MEMORANDUM OF FACTS AND LAW IN SUPPORT OF MOTION

1. Plaintiff filed the Complaint on August 19, 2021.

2. MLGW was served on August 31, 2021.

3. MLGW has until Tuesday, September 21, 2021 to file a responsive pleading.

4. The undersigned counsel was recently hired to represent MLGW.

5. MLGW needs additional time to investigate the statements and allegations in the Complaint.

6. Pursuant to Local Rule 7.2(a)(1)(B), counsel for MLGW consulted with Plaintiff's counsel Juan T. Williams regarding the requested extension.

7. Mr. Williams advised that Plaintiff is not opposed to the relief requested in the instant motion.

8. This motion is not intended to delay Plaintiff's lawsuit and will not prejudice Plaintiff, particularly considering service has not yet been made on all defendants named in the Complaint.

9. A proposed order granting this motion is being e-mailed to the Court for its consideration.

Therefore, MLGW respectfully requests that the Court extend its time to respond to Plaintiff's Complaint by fourteen days, through and including October 5, 2021.

Respectfully submitted,

/s/ Meghan M. Cox
Odell Horton, Jr. (# 12426)
Meghan Cox (# 33028)
WYATT, TARRANT & COMBS, LLP
6070 Poplar, Suite 300
Memphis, TN 38119
(901) 537-1000
ohorton@wyattfirm.com

*Attorneys for Memphis Light Gas & Water*

## CERTIFICATE OF CONSULTATION

On September 17, 2021, counsel for MLGW, Odell Horton, Jr. and Meghan M. Cox, conferred via telephone with Plaintiff's counsel Juan T. Williams regarding this motion. Mr. Williams advised that he was not opposed to the relief requested herein.

/s/ Meghan M. Cox

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 20, 2021, a true and correct copy of the foregoing has been served upon the following counsel, via the Court's ECF filing system:

Juan T. Williams
Perry Griffin, PC
5699 Getwell Road, Bldg. G5
Southaven, MS 38672
jw@perrygriffin.comg

Dennis P. Hawkins
City of Memphis, City Attorney's Office
125 North Main Street, Room 336
Memphis, TN 38103
dennis.hawkins@memphistn.gov

Joseph M. Fletcher
Fletcher Law Firm
2400 Poplar Avenue, Suite 418
Memphis, TN 38112
josephm.fletcher@memphistn.gov

/s/ Meghan M. Cox