IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF J.C. PAYNE, IV,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MEMPHIS, TENNESSEE, EARNEST CARTWRIGHT, SR., MEMPHIS LIGHT GAS & WATER AKA MLGW, and JOHN DOE POLICE OFFICERS 1-10,<br><br>    Defendants. | No. 19-2539-SHM-atc |
| SUSAN SIMS, AS NATURAL MOTHER, NEXT FRIEND, NEXT OF KIN AND ON BEHALF OF J.C.PAYNE, V, A MINOR AND JAYDEN PAYNE, A MINOR AND JAYDA PAYNE, A MINOR, AS MINOR CHILDREN AND STATUTORY WRONGFUL DEATH BENEFICIARIES OF J.C. PAYNE, IV, DECEASED,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MEMPHIS, TENNESSEE, JOHN DOE AND/OR JANE DOE MEMPHIS POLICE OFFICER(S) AND MEMPHIS LIGHT GAS & WATER AND EARNEST CARTWRIGHT, SR.,<br><br>    Defendants. | No. 21-2597-SHM-atc |

**ORDER CONSOLIDATING CASES AND TEMPORARILY STAYING CASE**

After consultation with the parties, these cases are consolidated for all purposes, with case No. 21-2539 being the surviving case. Case No. 21-2597 shall remain on the docket.

Plaintiffs Estate of J. C. Payne, IV and Susan Sims in her representative capacity shall have until December 7, 2021, to file motions and memoranda addressing the identity of the proper

plaintiff or plaintiffs.  Plaintiffs shall have until December 21, 2021, to respond to each others' submissions.

Both cases are stayed for all other purposes.

SO ORDERED this 29th day of October, 2021.

                                                           /s/ Samuel H. Mays, Jr.
                                                         SAMUEL H. MAYS, JR.
                                                         UNITED STATES DISTRICT JUDGE